**Robert E. MURPHY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59593.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 2002.

Application for Transfer Denied
May 28, 2002.

John M. Schilmoeller, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before HOLLIGER, P.J., ULRICH and HARDWICK, J.J.

### ORDER

PER CURIAM.

Robert E. Murphy appeals the denial of his Rule 24.035 Motion, alleging ineffective assistance of counsel and no factual basis for his guilty plea to voluntary manslaughter. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).